IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


MARK HUFFMASTER                                                      PLAINTIFF

VS.                              CASE NO. 6:12-cv-6106

BASS PRO SHOPS, INC. *et al*                                        DEFENDANTS


**ORDER**

 Before the Court is Plaintiff's Motion for Voluntary Dismiss.  (ECF No. 12).  Plaintiff requests that the above-styled cause of action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41.  The Court has been notified that Separate Defendants Bass Pro Shops, Inc. and Bass Pro, Inc. have no objection to the motion.[1]

 Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**.  Plaintiff's Amended Complaint (ECF No. 4) is **DISMISSED WITHOUT PREJUDICE**.

 **IT IS SO ORDERED**, this 8th day of February, 2013.



              /s/ Susan O. Hickey
            Hon. Susan O. Hickey
            United States District Judge


---

 [1]The remaining Defendants, Unified Marine, Inc. and Seasense marine Accessories, have not been served.